Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue
(806) 748-1980  Phone
(806) 748-1956  Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:

DICKEY LEE SOURS SR
CHERYL KAY SOURS

CASE NO: 10-70271-HDH-13
HEARING DATE: 4/20/2011
HEARING TIME: 10:00 AM

**TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (if required)**

NOW COMES Walter O'Cheskey, Chapter 13 Trustee, and files this Proposed Trustee's Recommendation Concerning Claims and Plan Modification (if required) in accordance with Bankruptcy Rule 3007 and General Order 2010-01 and would respectively show unto to the Court as follows:

### I.
### OBJECTION -- NO PROOF OF CLAIM FILED

The following creditors were scheduled by the Debtor(s).  No Proof of Claim has been filed by them or on their behalf, as required by Bankruptcy Rule 3002(a).  The bar date for filing claims pursuant to Bankruptcy Rule 3002(c) has passed.  Therefore the claims should be DISALLOWED.

| Trustee Clm# | Creditor Name | Scheduled Amount | Trustee Clm# | Creditor Name | Scheduled Amount |
|---|---|---|---|---|---|
| 014 0 U | ARROW FINANCIAL SERVICES | $761.00 | 015 0 U | ARROW FINANCIAL SERVICES | $673.00 |
| 016 0 U | AT&T | $333.64 | 017 0 U | BAYSTATE GAS | $71.00 |
| 018 0 U | CALLIHAN PHILLIPS & AD | $1,203.00 | 020 0 U | CREDIT MANAGEMENT | $119.00 |
| 021 0 U | DATA SEARCH INC | $2,089.00 | 022 0 U | EXECUTIVE SERVICES | $572.00 |
| 023 0 U | EXECUTIVE SERVICES | $293.00 | 024 0 U | EXECUTIVE SERVICES | $270.00 |
| 025 0 U | EXECUTIVE SERVICES | $264.00 | 026 0 U | EXECUTIVE SERVICES | $247.00 |
| 027 0 U | EXECUTIVE SERVICES | $209.00 | 028 0 U | EXECUTIVE SERVICES | $131.00 |
| 029 0 U | EXECUTIVE SERVICES | $56.00 | 030 0 U | EXECUTIVE SERVICES | $50.00 |
| 031 0 U | FASHION BUG | $471.00 | 033 0 U | HAMPS SUPPLY | $377.00 |
| 034 0 U | MIDLAND CREDIT MANAGEMENT INC | $1,038.00 | 036 0 U | PARAGONWAY | $981.00 |
| 040 0 U | TXU ENERGY | $133.28 | 042 0 U | UNITED REVENUE CORP | $45.00 |
| 043 0 U | UT SOUTHWESTER MEDICAL SERVICE PLAN | $2,215.69 | 044 0 U | WHICH WAY USA | $19.75 |

### II.
### SPECIFIC OBJECTIONS

The Trustee hereby objects to the following claims, on behalf of the Debtor, for the reason(s) indicated below each claim listed.

| Trustee Claim # | Creditor | Collateral / Description | Claim Amount |
|---|---|---|---|
| **PRIORITY CREDITORS** | | | |
| 066 0 | SUN LOAN COMPANY | LOAN | $2,097.73 |

Trustee objects to clerk's claim #17.  Claim is a duplicate of clerk's claim #13.  Trustee requests claim be disallowed in full.

### III.
### TRUSTEE'S RECOMMENDATIONS CONCERNING ALLOWED CLAIMS

The Trustee hereby recommends the ALLOWANCE of the following claims for the amount and in the class as listed below.

| Trustee Claim # | Creditor | Collateral / Description | Claim Amount | Value | % | Term | Paid / Treated |
|---|---|---|---|---|---|---|---|
| **SECURED CREDITORS** | | | | | | | |
| 008 0 * | AMERICAN HOME MORTGAGE SERVICING | MORTGAGE ARREARS THRU 6-2010 | $4,840.92 | $50,376.00 | 5.00% | 58 | $116.46 PAID BY TRUSTEE |
| | Claim term is extended from 54 to 58 months. See Trustee's Modification below | | | | | | |
| 009 0 | AMERICAN HOME MORTGAGE SERVICING | DIRECT PMTS BEGIN 7-2010 | $49,013.25 | $50,376.00 | | | PD DIRECT BY DEBTOR |
| 010 0 | NUVELL CREDIT COMPANY | 2002 DODGE DAKOTA | $6,669.14 | $6,000.00 | 9.00% | 58 | $153.95 PAID BY TRUSTEE |
| | Claim term is extended from 54 to 58 months. See Trustee's Modification below. | | | | | | |
| 011 0 * | INTEGRITY TEXAS FUNDING | 96 SATURN | $1,116.06 | $1,000.00 | | | SURRENDERED |
| 012 0 * | PARAGONWAY | 2000 GRAND VATAR | $0.00 | $8,131.00 | | | SURRENDERED |
| 013 0 | WICHITA COUNTY | 2010 PROPERTY TAXES -1312 FILLMORE ST | $647.97 | $50,376.00 | | | PD DIRECT BY DEBTOR |
| 035 0 * | REAL TIME RESOLUTIONS INC | MORTGAGE | $3,413.99 | $3,413.99 | 8.00% | 58 | $89.62 PAID BY TRUSTEE |
| | Debt provided unsecured; claim filed secured. See Trustee's Modification below | | | | | | |
| 050 0 * | WICHITA COUNTY | 2009 - EST 2010 BUSINESS PERSONAL PROP TAX @ 4108 BURKBURNETT RD | $233.01 | $233.01 | 12.00% | 58 | $5.24 PAID BY TRUSTEE |
| 068 0 * | AMERICAN HOME MORTGAGE SERVICING | POST PETITION ARREARS FOR 8/10 THRU 2/11 | $3,690.36 | $3,690.36 | | 58 | $76.88 PAID BY TRUSTEE |
| | See Trustee's Modification below | | | | | | |
| **PRIORITY CREDITORS** | | | | | | | |
| 038 0 * | SUN LOAN | LOAN | $2,097.73 | | | 58 | $51.16 PAID BY TRUSTEE |
| | Debt provided as unsecured; claim filed as priority. See Trustee's Modification below. | | | | | | |

**UNSECURED GENERAL CREDITORS**

| Trustee Clm# | Creditor Name | Claim Amount | Trustee Clm# | Creditor Name | Claim Amount |
|---|---|---|---|---|---|
| 010 1 U | NUVELL CREDIT COMPANY | $669.14 | 011 1 U | INTEGRITY TEXAS FUNDING | $116.06 |
| | *SPLIT CLAIM/2002 DODGE DAKOTA* | | | *SPLIT CLAIM/96 SATURN* | |
| 019 0 U | WORLD ACCEPTANCE CORPORATION | $422.58 | 032 0 U | FORT SILL NATIONAL BANK | $1,290.66 |
| | *LOAN/CAPITAL LOANS* | | | *SERVICES* | |
| 037 0 U | PRA RECEIVABLES MANAGEMENT | $448.89 | 039 0 U | TXU ENERGY RETAIL COMPANY | $1,453.37 |
| | *PURCHASES/CORTRUST ARROW FINANCE* | | | *SERVICES/AG* | |
| 057 0 U * | PRA RECEIVABLES MANAGEMENT | $1,708.58 | 060 0 U * | JEFFERSON CAPITAL SYSTEMS LLC | $469.16 |
| | *PURCHAES/CAPITAL ONE NATIONAL ASSOCIATION* | | | *PURCHASES/FIRST PREMIR ARROW FIN SERVICES* | |
| | *Not provided for in confirmed plan.* | | | *Not provided for in confirmed plan.* | |
| 061 0 U * | JEFFERSON CAPITAL SYSTEMS LLC | $415.13 | 064 0 U * | PRECISION RECOVERY ANALYTICS INC | $980.77 |
| | *PURCHASES/FIRST PREMIER ARROW FIN SERVICES* | | | *PURCHASES/HOUGHOLD BANK* | |
| | *Not provided for in confirmed plan.* | | | *Not provided for in confirmed plan.* | |
| 065 0 U * | CRESCENT RECOVERY LLC | $2,002.81 | | | |
| | *LOAN/UNIFUND* | | | | |
| | *Not provided for in confirmed plan.* | | | | |

If the Trustee's recommendation concerning any claim differs from the amount indicated in a creditor's Proof of Claim, the recommendation is deemed an objection to such claim. Unless a timely reponse or objection is filed contesting the Trustee's recommendation, the objection will be sustained and such claim will be allowed only in the amount and in the class indicated.

Any proposed changes by the Debtor that extends the term or lowers the interest rate as to any secured claim contained in the confirmed Plan must be set out in a Debtor's Objection or Response to the Trustee's Recommendation Concerning Claims and noticed to the affected creditor in the absence of a letter agreement between the Debtor and the affected creditor.

## IV.

## TRUSTEE'S PLAN MODIFICATION

Pursuant to 11 U.S.C. Section 1329, and in accordance with General Order 2010-01 Section 8, the Trustee requests the following Modification of Debtor's(s') Confirmed Plan, subject to feasibility herein:

Trustee's Modification is as follows:

Clerk's claim #17 filed by Sun Loan for $2,097.73 is disallowed in full. Debt provided for Real Time Resolutions as unsecured was filed as secured for $3,413.99. Said claim shall be fully vauled and paid 8% interest for the remainder of the plan with a monthly payment of $89.62. Debt provided to Sun Loan as unsecured was filed as priority, clerk's claim #13, for $2,097.73. Said claim shall be paid 0% interest over the remainder of the plan with a monthly payment of $51.16 monthly payment. Per Agreed Order entered 2/17/2011, American Home Mortgage is allowed a $3,690.36 secured claim for post petition mortgage arrears valued at $50,376.00, paid at 0% interest over the remainder of the plan with a monthly payment of $76.00. All creditors with timely

filed claims shall be paid over a 58 month term. Beginning 7/24/2010 debtor shall make 10 payments of $300.00.  Beginning 5/24/2011 debtor shall make 48 payments of $550.00; for a total plan contribution of $29,400.00.

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

NOTICE OF HEARING AND PRE-HEARING CONFERENCE

IF AN OBJECTION IS FILED, A HEARING WILL BE HELD 4/20/2011 AT 10:00 AM CONCERNING THE TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (IF REQUIRED) (TRCC) AT THE FOLLOWING LOCATION:

VIDEO: US COURTHOUSE ROOM 208, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

A PRE-HEARING CONFERENCE WITH THE TRUSTEE SHALL BE HELD AT THE SAME LOCATION AT 8:30am. ALL PARTIES ARE REQUIRED TO ATTEND THE PREHEARING CONFERENCE. ANY OBJECTIONS TO THE PLEADINGS NOT RESOLVED OR DEFAULTED AT THE PRE-HEARING CONFERENCE WILL BE HEARD BY THE COURT AT THE HEARING DATE AND TIME ABOVE. TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, SERVED ON ALL EFFECTED CREDITORS AND FILED WITH THE COURT WITHIN THIRTY (30) DAYS FROM THE DATE OF SERVICE.

PURSUANT TO GENERAL ORDER 2010-01 SECTION 8(C), UNLESS AN OBJECTION IS TIMELY FILED AS TO THE TREATMENT OF ANY CLAIM OR MODIFICATION, THE CLAIM OR MODIFICATION WILL BE ALLOWED OR APPROVED AS DESCRIBED IN THE TRCC AND SUCH TREATMENT WILL BE FINAL AND BINDING ON ALL PARTIES.

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) and Notice of Hearing and Pre-Hearing Conference on Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

Date:    2/28/2011                                                         /s/ Walter O'Cheskey

                                                                                                                                                                                                                                                                                                                                                                                                                          _____
Walter O'Cheskey
Chapter 13 Trustee

```
AMERICAN HOME MORTGAGE SERVICING 1525 S BELTLINE ROAD SUITE 100 N  COPPELL TX 75019
AMERICAN HOME MORTGAGE SERVICING INC PO BOX 631730  IRVING TX 75063
ARROW FINANCIAL SERVICES 5996 WEST TOUHY AVE  NILES IL 60714
AT&T PO BOX 630060  DALLAS TX 75263
BAYSTATE GAS PO BOX 67015  HARRISBURG PA 17106
CALLIHAN PHILLIPS & AD 45153 LAKE SETTLEMENT DR  PRAIRIEVILLE LA 70769
CAPITAL LOANS 3100 SEYMOUR HIGHWAY  WICHITA FALLS TX 76301
CAPITAL LOANS 3401 KEMP BLVD STE N WICHITA FALLS TX 76308
CITY OF WF, WFISD, WICHITA COUNTY CO PERDUE BRANDON FIELDER COLLINS & MOTT PO BOX 8188 WICHITA FALLS TX 76307
CREDIT MANAGEMENT 4200 INTERNATIONAL PKWY  CARROLLTON TX 75007
CRESCENT RECOVERY LLC PO BOX 1097  CHESAPEAKE VA 23327
DATA SEARCH INC PO BOX 461289  SAN ANTONIO TX 78246
DICKEY LEE SOURS SR & CHERYL KAY SOURS 1312 FILLMORE  WICHITA FALLS TX 76309
EXECUTIVE SERVICES 1200 AUSTIN ST  WICHITA FALLS TX 76301
FASHION BUG 1103 ALLEN DR  MILFORD OH 45150
FORT SILL NATIONAL BANK PO BOX 33009  FORT SILL OK 73503
FT SILL NATIONAL BANK 511 SW A AVE  LAWTON OK 73501
HAMPS SUPPLY 10231 PLANO RD STE 110  DALLAS TX 75238
INTEGRITY TEXAS FUNDING 3440 PRESTON RIDGE ROAD SUITE 500 ALPHARETTA GA 30005
INTERNAL REVENUE SERVICE PO BOX 7317  PHILADELPHIA PA 19101
INTERNAL REVENUE SERVICE PO BOX 7346  PHILADELPHIA PA 19101
JEFFERSON CAPITAL SYSTEMS LLC PO BOX 7999  SAINT CLOUD MN 56302
JEFFERSON CAPITAL SYSTEMS LLC PO BOX 953185  ST LOUIS MO 63195
LONE STAR 3310 KEMP BLVD  WICHITA FALLS TX 76308
MIDLAND CREDIT MANAGEMENT INC PO BOX 939019  SAN DIEGO CA 92193
MONTE J WHITE ATTORNEY AT LAW 1106 BROOK AVE HAMILTON PLACE WICHITA FALLS TX 76301
NATIONWIDE ACCEPTANCE CORP 3435 N CICERO AVE  CHICAGO IL 60641
NUVELL CREDIT COMPANY PO BOX 130424  ROSEVILLE MN 55113
NUVELL CREDIT COMPANY PO BOX 78369  PHOENIX AZ 85062
NUVELL CREDIT PO BOX 380901  BLOOMINGTON MN 55438
PARAGONWAY 2101 WEST BEN WHIT  AUSTIN TX 78704
PORTFOLIO RECOVERY ASSOCIATES PO BOX 41067  NORFOLK VA 23541
PRA RECEIVABLES MANAGEMENT PORTFOLIO REC ASSOC PO BOX 41067 NORFOLK VA 23541
PRA RECEIVABLES MANAGEMENT PORTFOLIO RECOVERY ASSOC PO BOX 12914 NORFOLK VA 23541
PRECISION RECOVERY ANALYTICS INC C/O B-LINE LLC MS 550 PO BOX 91121 SEATTTLE WA 98111
REAL TIME RESOLUTIONS INC AGENT OF NATIONWIDE 1750 REGAL ROW  SUITE 120 DALLAS TX 75235
REAL TIME RESOLUTIONS PO BOX 36655  DALLAS TX 75235
RECOVERY MANAGEMENT SYSTEMS CORP 25 SE 2ND AVENUE STE 1120  MIAMI FL 33131
SUN LOAN 3146 SEYMOUR HWY STE H  WICHITA FALLS TX 76301
SUN LOAN COMPANY 3146 5TH ST STE H  WICHITA FALLS TX 76301
TXU ENERGY PO BOX 660409  DALLAS TX 75266
TXU ENERGY PO BOX 666565  DALLAS TX 75266
TXU ENERGY RETAIL COMPANY C/O BANKRUPTCY DEPARTMENT PO BOX 650393 DALLAS TX 75265
UNITED REVENUE CORP 204 BILLINGS ST STE 120 ATTN OFFICE MANAGER ARLINGTON TX 76010
UNITED STATES ATTORNEY 801 CHERRY STREET UNIT 4  FT WORTH TX 76102
US ATTORNEY ATTORNEY IN CHARGE 1100 COMMERCE STREET SUITE 300 DALLAS TX 75242
US ATTORNEY GENERAL 10TH ST & CONSTITUTION AVE  WASHINGTON DC 20530
UT SOUTHWESTER MEDICAL SERVICE PLAN PO BOX 845347  DALLAS TX 75284
WHICH WAY USA PO BOX 4002862  DES MOINES IA 50340
WICHITA COUNTY PO BOX 1471  WICHITA FALLS TX 76307
WILLIAM T NEARY UNITED STATES TRUSTEE 1100 COMMERCE STREET RM 976 DALLAS TX 75242
WORLD ACCEPTANCE CORPORATION ATTN  BANKRUPTCY PROCESSING CENTER PO BOX 6429 GREENVILLE SC 29606
```